FILED by YH D.C.
Nov 17, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

20-20222-CR-WILLIAMS/MCALILEY
CASE NO. _____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)

UNITED STATES OF AMERICA

vs.

DWAYNE MICHAEL CARTER,
   a/k/a "Lil Wayne,"

   Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

On or about December 23, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DWAYNE MICHAEL CARTER**
a/k/a "Lil Wayne,"

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America

of certain property in which the defendant, **DWAYNE MICHAEL CARTER, a/k/a "Lil Wayne,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g), as alleged in this Information, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
DANIEL J. MARCET
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DWAYNE MICHAEL CARTER,

_____ Defendant. _____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
✓ Miami   __ Key West
__ FTL    __ WPB   __ FTP

New defendant(s)          Yes ____  No ____
Number of new defendants  ____
Total number of counts    ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)
   I     0 to 5 days          ✓            Petty      ____
   II    6 to 10 days         ____         Minor      ____
   III   11 to 20 days        ____         Misdem.    ____
   IV    21 to 60 days        ____         Felony     ✓
   V     61 days and over     ____

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge                          Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No.
   Related miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ____  No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ____  No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes ____  No ✓

_____
DANIEL J. MARCET
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0114104

*Penalty Sheet(s) attached                                              REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**     DWAYNE MICHAEL CARTER, a/k/a "Lil Wayne"

**Case No:** _____

Count #: 1

Possession of Firearm and Ammunition by a Convicted Felon

18 U.S.C. § 922(g)(1)

**\*Max. Penalty:** 10 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
| v. | ) | Case No. |
| DWAYNE MICHAEL CARTER, a/k/a "Lil Wayne," | ) ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Howard Srebnick, Esq.**
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*