UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20222-CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

DWAYNE MICHAEL CARTER,
a/k/a "Lil Wayne,"

Defendant.
_____/

## FACTUAL PROFFER

The United States of America, DWAYNE MICHAEL CARTER, a/k/a "Lil Wayne" (the "Defendant"), and his counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

On December 23, 2019, law enforcement received an anonymous tip that the Defendant would be arriving at Opa Locka Executive Airport (the "Airport") on a private flight. The tip stated that there were firearms and narcotics on the flight. Law enforcement identified the flight referenced in the tip, and determined that the Defendant would be departing California and landing at the Airport on the afternoon of December 23.

Law enforcement met the Defendant's flight when he landed at the Airport on the afternoon of December 23. The individuals on the plane were escorted off, and the pilot consented to the search of the plane. During a preliminary search of the plane pursuant to the pilot's consent, law enforcement smelled marijuana and a narcotics detection canine alerted to a bag containing apparent marijuana and belonging to someone other than the Defendant. While officers conducted a preliminary search of the plane, law enforcement spoke to the Defendant, who informed them that he had a gold-plated handgun in his bag on the plane. The Defendant stated that the firearm had been given to him as a Father's Day gift.

Law enforcement then obtained a valid search warrant for the plane and its contents. Inside of a bag containing the Defendant's credit cards, prescription medication, and health insurance card, law enforcement located a gold-plated Remington 1911, .45-caliber handgun, which was loaded with six rounds of ammunition but did not contain a round in the chamber. Inside of a smaller bag within that bag, law enforcement discovered cocaine, ecstasy, and oxycodone that the Defendant possessed for his personal use.

Prior to December 23, 2019, the Defendant had been, and knew that he had been, convicted of a crime punishable by more than one year in prison. The firearm and ammunition referenced above were a functioning firearm and ammunition as those terms are defined under Title 18, U.S.C. § 921, and the firearm and ammunition traveled in interstate commerce before they were recovered by law enforcement.

These facts are sufficient to prove the Defendant's guilt of the sole count of the Information beyond a reasonable doubt.

Date: 12/10/2020 By: *Daniel J. Marcet*
DANIEL J. MARCET
ASSISTANT UNITED STATES ATTORNEY

Date: 12/11/20 By: /s/ Howard Srebnick
HOWARD SREBNICK
COUNSEL FOR DEFENDANT

Date: 12/11/20 By: /s/ Dwayne Carter
DWAYNE MICHAEL CARTER
DEFENDANT