UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20222-CR-WILLIAMS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| *Plaintiff,* | : |
| v. | : |
| | : |
| DWAYNE MICHAEL CARTER, | : |
| *Defendant.* | : |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |

### **CARTER'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

At the December 11, 2020 change of plea hearing, undersigned proposed an accelerated sentencing date in January 2021, which this Court granted. Undersigned had hoped to be immediately available to prepare for, and participate in, a presentence investigation meeting with the U.S. Probation Officer, which was tentatively scheduled to occur before December 24, 2020. But given the press of other work-related matters and family events during the several weeks following the plea, undersigned's proposal was overly ambitious.

This week undersigned filed (on December 16, 2020) appellant's corrected principal brief in *United States v. Karen Kallen-Zury*, 11th Cir. No. 20-12385, then completed drafting and timely filed (on December 17, 2020) a 7,383-word reply brief in *United States v. Stavrakis*, 4th Cir. No. 20-4149.

Since then, undersigned has been working on appellants' principal brief for timely filing by December 21, 2020 in *United States v. Korf*, 11th Cir. No. 20-14223. No extension will be sought because appellants are seeking time-sensitive relief: first a stay, and then reversal of, a district court's order permitting a federal prosecutor to serve as a "filter" attorney to review materials over which appellant have asserted an attorney-client privilege.

Next week, undersigned is working (pro bono) to finalize and file a brief in reply to the government's opposition to a petition for a writ of certiorari in *Garrott v. United States*, S. Ct. No. 20-423. Briefs are due to be distributed to the Justices of the Supreme Court of the United States on December 23, 2020.

Meanwhile, members of undersigned's staff will be unavailable over the next two weeks due to the Christmas and New Year's Holiday.

Accordingly, undersigned has asked the U.S. Probation Officer to schedule the presentence investigation meeting for after the New Year, in early January. At that time, undersigned will be able to devote substantial attention to compiling the materials needed for the presentence report, draft a sentencing memorandum and organize the evidentiary presentation for the sentencing hearing.

To alleviate the time pressure undersigned unnecessarily caused by proposing an accelerated sentencing date, and after consulting with AUSA Marcet and the U.S. Probation Officer regarding scheduling, the parties propose a sentencing date in early March 2021 (preferably in the afternoon on March 2, 4, 9 or 11).

Respectfully submitted,

**BLACK, SREBNICK, KORNSPAN & STUMPF**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421
E-mail: HSrebnick@RoyBlack.com

/s/   *Howard Srebnick*
HOWARD SREBNICK, ESQ.
Fla Bar No. 0919063