# Executive Grant of Clemency

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

## DWAYNE MICHAEL CARTER

### A FULL AND UNCONDITIONAL PARDON

FOR HIS CONVICTION in the United States District Court for the Southern District of Florida on an information (Docket No. 20-20222-CR-WILLIAMS) charging violation of Section 922(g)(1), Title 18, United States Code, of which he pleaded guilty on December 15, 2020, and for which sentencing is currently set for March 4, 2021.

I HEREBY DESIGNATE, direct, and empower the Acting Pardon Attorney, as my representative, to sign a grant of clemency to the person named herein. The Acting Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

IN TESTIMONY WHEREOF, I have hereunto caused this Pardon to be recorded with the Department of Justice.



*Done at the City of Washington in the District of Columbia this Nineteenth day of January in the year of our Lord Two Thousand and Twenty-one and of the Independence of the United States the Two Hundred and Forty-fifth.*

DONALD J. TRUMP
PRESIDENT